PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY
SEEKING REVIEW OF PRISON DISCIPLINARY SANCTIONS

FILED
07/28/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

**United States District Court** District **Southern District of Indiana**

2:23-cv-00397-JRS-MJD

Name: DeAndre Moore     Prisoner No.: 258442     Case No. _____

Place of Confinement: Putnamville Correctional Facility

Name of Petitioner: DeAndre Moore
(Include name under which convicted)

Name of Respondent: Putnamville Correctional Facility

V.

The Attorney General of the State of Indiana

## PETITION

1. Name and location of Prison Disciplinary Body, which determined guilt:
   Putnamville Correctional Facility

2. Date of Guilt determination: 4.18.23

3. Sanctions imposed: 90 days lost credit time, demoted of all class demotion to class C

4. Nature of rule infractions involved (all counts): 216

5. What was your plea? (Check one)
   a. (a) Not guilty    [✓]
   b. (b) Guilty        [ ]

6. If you pleaded not guilty, what kind of disciplinary hearing did you have? (Check one)
   a. Screening Officer Hearing    [ ]
   b. (b) Full Hearing             [✓]

7. Did you testify at your disciplinary hearing?
   a. Yes [✓]    No [ ]

8. Did you appeal from the guilty determination and imposition of sanction(s)?
   a. Yes [✓]    No [ ]

9. If you did appeal, answer the following:
   a) Name and title of Reviewing Authority: Facility
   b) Result: Denied
   c) Date of result: 5-22-23

d) Grounds raised Violations of 6th 8th & 14th amendments

If you sought further review of the decision on appeal by a higher Reviewing Authority, please answer the following:

a. Name and title of Reviewing Authority: Charlene A. Burkett
b. Result was told never received copy, or that a copy of my first appeal is not on file
c. Date of result 6-21-23
d. Grounds raised Violation of 6th 8th & 14th amendments

10. Have you previously filed any petitions, applications, or motions with respect to this Disciplinary Finding in any court, state or federal?

a. Yes ☐    No ☑

11. If your answer to 10 was "yes," give the following information:

(1) Name of court
(2) Nature of proceeding
(3) Grounds raised

12. State *concisely* every ground on which you claim that you were unconstitutionally deprived of credit time or subjected to unconstitutional disciplinary punishment. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

CAUTION: In order to proceed in federal court, you must first exhaust all available administrative appellate remedies as to each ground on which you request relief from federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. It is suggested that you read *Marham v Clark*, 978 F.2d 993 (7th Cir. 1990) prior to filing this petition.

a) GROUND ONE: hearing officer denied me the right to see or have the evidence that I requested witness statements & physical evidence being used against
SUPPORTING FACTS (state *briefly* without citing cases or law) me. Therefore denying the right to present evidence on my behalf, violating my 6th amendment

b) GROUND TWO: Sgt Dinus also retrieved the wrong video evidence at 4.10.23 1354 he has video evidence for 3.20.23 at 1242, I asked for 1330-1345. Sgt Dinus also
SUPPORTING FACTS (state *briefly* without citing cases or law) added his own video evidence at 4.10.23 at 1328 for 2/24 on 3.20.23 & this evidence

c) GROUND THREE: was not given to him nor was it requested

SUPPORTING FACTS (state briefly without citing cases or law)

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in your administrative appeal, state briefly what grounds were not presented and give your reasons for not presenting them at the administrative level: The denial to the right to appeal. For I did not received the Facility level appeal until after I wrote Central office then I sent a appeal to central office & I got the letter stating that my appeal was not able to be found by central office

Grounds for dismissal

Sgt Dinus is searching for a way to find me guilty ~~causing~~ denying me the right to a fair hearing. Also by denying me evidence to present on my behalf or to see the evidence against me is inequality. In my first level appeal I was denied but it was not properly handled for it is marked as though it is received but I received a letter on file from Central Office stating that the appeal can not be found as though I never filed it. I have basically been denied a right to a appeal & force to suffer from the sanctions. Even on my tablet SN:TREB9B 37345; MAC 48:46:C1:12:AB:78 I sent GTL request to CAB requesting evidence but was ignored denying me equality & a fair hearing.

14. Do you have any petition or appeal now pending in any court or administrative agency, either state or federal, as to the judgment under attack?

   a. Yes ☐   No ☑

15. Give the name, Title, and/or D.O.C Numbers, if known, of each offender, of any staff or lay advocates, who represented you in the following stages of the disciplinary proceedings in the following stages of the judgment attacked herein:

   a) At Disciplinary hearing:

   b) At Institutional Level Appeal:

   c) At I.D.O.C. Level Appeal:

**WHEREFORE**, Petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Petitioner

## DECLARATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on

DATE:

_____
Signature of Petitioner

## CERTIFICATE OF SERVICE

I, _____, hereby certify that on this _____, I served a true and correct copy of the foregoing Petition under 28 USC § 2254 For Writ Of Habeas Corpus upon the Attorney General of Indiana, Indiana Government Center South, Fifth Floor, 302 W. Washington Street, Indianapolis, Indiana 46204; by ordinary, first class, postage prepaid, United States Mail.

_____
Signature of Petitioner