UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DEANDRE MOORE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 2:23-cv-00397-JRS-MJD |
| | ) |
| PUTNAMVILLE CORRECTIONAL FACILITY, | ) |
| | ) |
| Respondent. | ) |

# FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT** in this action in favor of the Respondent and against the Petitioner. The petition for writ of habeas corpus relating to ISF-23-03-0170 is **denied as moot** and this action is **dismissed for lack of jurisdiction.**

Date: 7/25/2025

Kristine L. Seufert, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

_James R. Sweeney_
JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Abigail Recker
INDIANA ATTORNEY GENERAL
abigail.recker@atg.in.gov

Courtesy copy **via certified mail** to:

Kimberly Moore
5241 S. Drexel Ave., Apt. G
Chicago, IL 60615